United States District Court

Eastern District of California

-oOo-

| | | |
|---|---|---|
| Edwin E. Chavez, | | |
| | Plaintiff, | No. Civ. S 05-1646 LKK PAN P |
| | vs. | Order |
| California Department of Corrections, et al., | | |
| | Defendants. | |

Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

Accordingly, the court hereby orders that:

1. This action is transferred to the Fresno Division.

2. The clerk of court shall assign a new case number.

3. All future filings shall reference the new case number and shall be filed at:

>    United States District Court
>    Eastern District of California
>    1130 "O" Street
>    Fresno, CA 93721

Dated: November 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

2