IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CHAVEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-05-1459 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>[Doc. 12] |

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on August 17, 2005 in the Eastern District of California Sacramento Division and it was transferred to this Court on November 18, 2005. Now pending before the court is plaintiff's motion for service of the summons and complaint by the United States Marshal.

   Plaintiff is advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon

which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

The court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants. The court has not yet screened plaintiff's complaint, but will do so in due course. Until the court has screened the complaint, any request for forms or for service by the Marshal is premature and will be denied.

Accordingly, it is HEREBY ORDERED that plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   August 24, 2006                    /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE