FILED

DEC 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN EDUARDO CHAVEZ, | CASE NO. 1:05-cv-01459-LJO-DLB (PC) |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION FOR REIMBURSEMENT |
| v. | (Doc. 32) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Edwin Eduardo Chavez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis. This action was closed on February 2, 2009. On September 15, 2009, Plaintiff filed a motion seeking an order that the CDCR reimburse Plaintiff for fees already paid in this action. Plaintiff had initially filed this action in the Sacramento Division of the Eastern District of California, under case no. 2:05-cv-01646-LKK-EFB. That case was subsequently transferred to the Fresno Division, and is the above-listed action. Plaintiff contends that CDCR deducted funds from his prison trust account to pay for both actions, even though funds should only have been collected to pay for one action. Plaintiff contends that the Sacramento case has been fully paid, but payment for the Fresno case continued to be collected from his account. Plaintiff seeks injunctive relief in the form of reimbursement.

A review of Plaintiff's case filings in the Eastern District of California indicates that Plaintiff has overpaid in the amount of $59.69.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court will update Plaintiff's mailing address to:

   Edwin E. Chavez K-49549
   HDSP
   B1-213L
   P.O. Box 3030
   Susanville, CA 96127-3030

2. The Financial Department for the United States District Court of the Eastern District of California will refund to Plaintiff the amount of $59.69 to be placed into Plaintiff's prison trust account;

3. The Director of the Department of Corrections or his designee will no longer collect payment from Plaintiff's prison trust account to pay for Case No. 1:05-cv-1459-LJO-DLB or Case No. 2:05-cv-1646-LKK-EFB; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, United States District Court, Eastern District of California, Sacramento Division and the Director of the California Department of Corrections.

IT IS SO ORDERED.

Dated: 12/10/2009

UNITED STATES MAGISTRATE JUDGE

2